THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LOUIS MARKHEIM, Appellant.

*People* v. *Markheim*, 162 App. Div. 859, affirmed.
(Argued November 12, 1914; decided January 5, 1915.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 12, 1914, which affirmed a judgment
rendered at a Trial Term for the county of New York
upon a verdict convicting the defendant of the crime of
presenting and causing to be presented a false and fraud-
ulent claim for the payment of a loss upon a contract of
insurance. (Penal Law, § 1202.)

*Henry W. Unger* and *Abraham Levy* for appellant.

*Charles S. Whitman, District Attorney* (*Stanley L.
Richter, Robert S. Johnstone* and *Royal H. Weller* of
counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, MILLER and CARDOZO, JJ.